IN THE COURT OF CRIMINAL APPEALS

OF TEXAS





NO. WR-77,996-01






EX PARTE DANIEL SCHLEGEL, Applicant









ON APPLICATION FOR WRIT OF HABEAS CORPUS 

CAUSE NUMBER 2005CR3517-W1 IN THE 399th JUDICIAL DISTRICT COURT

BEXAR COUNTY 





 Per Curiam.



O R D E R


 This is an application for a writ of habeas corpus that was transmitted to this Court by the
clerk of the trial court pursuant to the provisions of Article 11.07, Section 3, of the Texas Code of
Criminal Procedure. Ex Parte Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was
convicted of robbery and his sentence was assessed at five years' confinement. No direct appeal was
taken. 

 After a review of the record, we find that Applicant's claims challenging the legality of his
conviction are without merit and deny relief. Applicant's remaining claim regarding pre-sentence 

2

jail time credit is dismissed. Ex parte Florence, 319 S.W.3d 695 (Tex. Crim. App. 2010); Ex parte
Ybarra, 149 S.W.3d 147 (Tex. Crim. App. 2004).



DELIVERED: September 12, 2012

DO NOT PUBLISH